IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER FURLAN and VALERIE FURLAN, parents and natural guardians of ROBERT T. FURLAN, a minor, Plaintiffs, | : : : : : | CIVIL ACTION |
| | : | NO. 10-6870 |
| v. | : : | |
| SCHINDLER ELEVATOR CORPORATION, Defendant. | : : | |

## O R D E R

**AND NOW**, this 29th day of March, 2012, upon consideration of the Motion of Defendant Schindler Elevator Corporation for Summary Judgment (Document No. 14, filed December 2, 2011), the Daubert Motion of Schindler Elevator Corporation to Preclude the Testimony of Richard A. Kennedy (Document No. 15, filed December 2, 2011), and the related submissions of the parties, for the reasons set forth in the Memorandum dated March 29, 2012, **IT IS ORDERED** as follows:

1. The Daubert Motion of Schindler Elevator Corporation to Preclude the Testimony of Richard A. Kennedy is **GRANTED**;

2. The Motion of Defendant Schindler Elevator Corporation for Summary Judgment is **GRANTED**; and

3. **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Schindler Elevator Corporation, and **AGAINST** plaintiffs, Christopher Furlan and Valerie Furlan, parents and natural guardians of Robert T. Furlan, a minor.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
JAN E. DUBOIS, J.